**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.W., a minor, by and through her Guardian Ad Litem, FARED WASSEF,<br><br>        Plaintiff,<br><br>v.<br><br>UNIVERSAL STUDIOS, LLC, et al.,<br><br>        Defendants. | Case No. 2:25-cv-10917-JC<br><br>ORDER (1) SUBMITTING, VACATING HEARING ON, AND DENYING AS MOOT MOTION FOR REMAND; (2) VACATING SCHEDULING CONFERENCE AND ALL DATES; (3) APPROVING/ GRANTING JOINT STIPULATION AND REQUEST TO REMAND CASE BACK TO STATE COURT; AND (4) REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT |

      On May 29, 2025, Plaintiff filed this civil action against Universal Studios, LLC ("Defendant") and Does 1-50, in Los Angeles County Superior Court (Case No. 25NNCV03650). (Docket No. 1-1 at 6-10). On November 5, 2025, Defendant filed an Answer. (Docket No. 1-1 at 37-45). On November 13, 2025, Defendant removed the action to the United States District Court for the Central District of California and it was subsequently assigned to this Court as to whom the parties have been deemed to consent. (Docket Nos. 1, 4, 6).

      On November 26, 2025, this Court issued an Order Setting Scheduling Conference which, in pertinent part, set a Scheduling Conference for January 6, 2026 at 10:30 a.m. (Docket No. 8).

1  On December 11, 2025, Plaintiff filed a Motion to Remand to State Court
2  ("Motion to Remand") which Plaintiff noticed for hearing before this Court on
3  January 20, 2026 at 9:30 a.m.  (Docket No. 9).
4  On December 19, 2025, the parties filed a "Joint Stipulation and Request to
5  Remand Back to State Court" ("Stipulation/Request to Remand") which reflects that
6  the parties stipulate, agree and request that "this case . . . be remanded back to state
7  court in the Superior Court of California - County of Los Angeles."  (Docket No.
8  10).
9  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule
10  7-15, the Court finds the Motion to Remand to be appropriate for decision without
11  oral argument, vacates the January 20, 2026 hearing thereon, submits it for decision,
12  and denies it as moot in light of the Stipulation/Request to Remand.  The Court
13  likewise vacates the January 6, 2026 Scheduling Conference and all other
14  dates/deadlines.
15  The Court grants/approves the Stipulation/Request to Remand and directs that
16  this action be remanded to the Los Angeles County Superior Court forthwith.
17  IT IS SO ORDERED.
18  Dated:   December 22, 2025

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

2